U.S. [DISTRICT COURT]
S[tamp]
2016 DEC 20 PM 2:51
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JARARD RANDALL

Plaintiff

vs.

CIVIL ACTION NO. 4:16-CV-00281-WTM-GRS

GREAT WEST CASUALTY COMPANY, GEORGIA FREIGHTWAYS CORPORATION, DIRECT CHASSISLINK, INC., SOUTH ATLANTIC CONSOLIDATED CHASSIS POOL LLC, CMA-CGM (AMERICA) LLC, CONSOLIDATED CHASSIS MANAGEMENT, LLC, INTERPOOL, INC. d/b/a TRAC INTERMODAL and DAVID J. GIBBONS,

Defendants

## ~~PROPOSED~~ ORDER ON PLAINTIFF'S EXPEDITED MOTION TO STAY DEADLINES AND DISCOVERY PENDING RULING ON MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiff having moved for a stay of deadlines and of discovery pending ruling on Plaintiff's previously filed Motion for Remand and for Attorney Fees, and having shown good case for same,

IT IS HEREBY ORDERED that all deadlines and discovery in this matter be stayed until such time as Plaintiff's Motion for Remand and for Attorney Fees has been ruled upon.

This the 20TH day of December, 2016.

_____
~~THE HONORABLE WILLIAM T. MOORE, JR.~~
Magistrate Judge, United States District Court, Southern District of Georgia, Savannah Division

PREPARED BY:

*/s/ Kenneth L. Shigley*
KENNETH L. SHIGLEY
Georgia Bar No.: 642744
Shigley Law, LLC
950 East Paces Ferry Rd., NE
Suite 1625
Atlanta, GA 30326
Telephone: (404) 253-7862
Facsimile: (678) 791-1728
Email: ken@shigleylaw.com